DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEXTER OLIVIER,**
Appellant,

v.

**SARA OLIVIER,**
Appellee.

No. 4D22-970

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda Alley, Judge; L.T. Case No. DVCE22000997.

Dexter Olivier, Sunrise, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***